# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**v.**                  **CASE NO. 4:23-CR-00093-BSM-1**

**LEAH GOODING**                                                            **DEFENDANT**

## ORDER

Defendant Leah Gooding's unopposed motion to continue her May 22, 2023 trial [Doc. No. 15] is granted. Defense counsel states she has not received the discovery and will need additional time to receive and review with defendant, pursue pretrial matters, and make any necessary trial preparations.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to October 23, 2023, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 25th day of April, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE